UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

E-FILED
Thursday, 05 November, 2015 02:54:08 PM
Clerk, U.S. District Court, ILCD

FILED

NOV - 4 2015

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Daniel Jablonski

_____

Plaintiff(s)

VS.

c/o Young
c/o Carney
Commander John Doe

_____

Defendant(s)

Case No. 15-1450
To be supplied by the clerk of this court)

This is a complaint under the civil Rights
Act, title 42 section 1983 U.S. code (state, county, or municip
defendants)

(1)

**I.** **Plaintiff(s):**

    A.   Name: Daniel Jablonski

    B.   List all aliases: N/A

  ✗   C.   Prisoner identification number: K-74991

  ✗   D.   Place of present confinement: SHAWNEE C.C.

  ✗   E.   Address: 6665 State Route 146 East / Vienna, IL 62995

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.** **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.   Defendant: C/O Young

         Title: correctional officer

         Place of Employment: Tazewell county Jail

    B.   Defendant: C/O carney

         Title: correctional officer

         Place of Employment: Tazewell county Jail

    C.   Defendant: John Doe

         Title: Commander

         Place of Employment: Tazewell county Jail 7+03 shift

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____ N/A _____

B.  Approximate date of filing lawsuit: _____ N/A _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: ___ N/A ___

D.  List all defendants: _____ N/A _____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F.  Name of judge to whom case was assigned: _____ N/A _____

G.  Basic claim made: _____ N/A _____

H.  Disposition of this case (for example:  Was the case dismissed?  Was it appealed?  Is it still pending?): _____ N/A _____

I.  Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

1.  On April 27, 2015 plaintiff Daniel Jablonski was a Pre-trial Detainee housed in Tazewell county Justice center (TcJc) after turning himself in due to an agreement plaintiff and the court made in the last week of April.

2. During the month of May on or about the 5th Day 2015 Plaintiff asked C/o young for a medical request due to some Pain he had being having on the top Part of his left arm Plaintiff was denied his request after explaining to C/o young his problem and the pain he was going threw.

3. plaintiff Jablonski was told to walk it off because he was not going to see any medical staff. Plaintiff then pleaded with c/o young to get him some medical attention in which Plaintiff Jablonski was the denied for the second time while being in very sever pain which caused plaintiff to tear up due to the pain he was going threw.

4  After Plaintiff was denied medical attention for the second time Plaintiff Jablonski ask to see a supervior because his rights were being violated by c/o young in which plaintiff inform c/o young that he was violating his constitutional Rights to medical attention. c/o young started making remarks such as he didn't care about his rights and who cares if Plaintiff sued him.

5. c/o young begain making threats to Plaintiff that he was going to send him to segregation since he asked to see a supervisor c/o young then called to a commander which came to B pod where plaintiff was housed and after the commander arrived c/o young started informing the commander in a Joking Manner of Plaintiff saying to him that he was violating his right because c/o young had denied Plaintiff request for medical attentio

6. The commander then place handcuffs on Plaintiff behind his back Plaintiff Jablonski then Protested that the handcuffs was making the pain even more painful Plaintiff was told to shut his fucking crying up Plaintiff Pleaded for the commander to stop hurting his arm the commander then responded by raising Plaintiff arms up while handcuffed from the back.

(statement of claim)(cont)

7. The commander then raised plaintiff arms so far Which caused something to make poping sound as in Something tearing inside Plaintiff Left shoulder which made sharp pains shoot up to Plaintiff shoulder in which the commander did maliciously and sadistically causing plaintiff unnecessary and wanton infliction of pain, in which was not a necessary because Plaintiff was in pain and was'nt disobeying any orders that would have or was given to him

8. Plaintiff was placed in Segregation for asking for medical attention and then while plaintiff was housed in segregation Plaintiff asked c/o carney for medical attention but was also denied by c/o carney. Plaintiff asked for sick call request but was also denied sick call request slips and any possible way of seeing medical staff for his injuries. Plaintiff ask for complaint forms and was also denied this request by all the above staff members in this complaint

9. Plaintiff was left in segregation for another two days(2) without any kind of medical attention or treatment during that time Plaintiff suffered severe pain and plaintiff family was refused to visit him in which plaintiff mother and fiance was not allowed to visit plaintiff. Plaintiff was held without any possible attention in segregation and then transfered to I.D.O.C. in Violation of plaintiff Rights

10. By end of the night I received a false ticket and 2 aspirin with the message "You wont see no doctor til Wednesday, this was on saturday, then shipped me oot before could see docter.

# EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Under 42 U.S.C §1997(e)(a) Plaintiff Daniel Jablonski was Denied his rights of Exhaustion of Remedies Plaintiff informed that he was not going to be given any complaint forms, or any medical request and was put in segregation for asking for medical attention and was Denied by all staff Members in this complaint

2. Plaintiff Daniel Jablonski was denied his first Amendment right to "petition the government for a redress Of grievances and put in Segregation by officials to cover up the fact that Plaintiff was denied medical attention

3. Plaintiff was then transfered out of Tazewell county Jail without no available remedies.

(6)

Plaintiff Daniel Jablonski realleges and incorporates by reference Paragraphs (1-9)

1) Presented the facts related to this complaint Defendant % of Young direct participation as to his deliberate indifference and personally denying detainee Daniel Jablonski medical attention after viewing a substantial risk of serious harm, and failing to respond reasonably violated Plaintiff Daniel Jablonski rights, deprived him Liberty, due process of the law, equal protection of the law, and constituted cruel and unusual Punishment under the Eighth and fourteenth Amendments of the United States constitution (reference paragraphs (1-9)

2) Presented the facts related to this complaint Defendant John Doe commander from 7 to 3 shift direct participation as to his deliberate indifference and personally denying detainee Daniel Jablonski medical attention after viewing a substantial risk of serious harm, and failing to respond reasonably violated Plaintiff Daniel Jablonski rights, deprived him Liberty, due process of the law, equal protection of the law, and constituted cruel and unusual punishment under the Eighth and fourteenth Amendments of the United States constitution (reference paragraphs (1-9)

3) Presented the facts related to this complaint Defendant c/o carney participation as to his deliberate indifference and personally denying detainee Daniel Jablonski medical attention after viewing and being informed of a risk of serious harm, and failing to respond reasonably violated Plaintiff Daniel Jablonski rights, deprived him Liberty due process of the law, equal protection of the law, and constituted cruel and unusual Punishment under the Eighth and fourteenth Amendments of the united states constitution (reference paragraphs (1-9)

(7)

## INDIVILAL AND OFFICIAL CAPACITY "

## " Color of law "

At all times relevant to this complaint Defendan c/o young (Herein after "young") was and is an officer in the Tazewell county Jail. Young is sued in his indiviual and official capacity.

At all times relevant to this complaint Defendan c/o carney (Herein after "carney") was and is an office in the Tazewell county Jail. Carney is sued in his indiviual and official capacity.

At all times relevant to this complaint Defendant, John Doe (Herein after "John Doe") was and is a commander in the Tazewell county Jail. John Doe is sued in his indiviual and official capacity.

## " Color of law "

At all times relevant to this complaint Defendan young, carney and John Doe commander, were acting under the color of state law.

(8)

V.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff demands Compensatory damages
against each Defendant in the amount of $10,000.00
Thousand Dollars
and Punitive damages in the amount of $10,000.00
Thousand Dollars against each Defendant
Plaintiff prays that this court grant his relief and any other relief
it Deems proper and Just

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

✕  Signed this _20_ day of _Aug_, 20_15_


✕  _Daniel Jablonski_
   **(Signature of plaintiff or plaintiffs)**

   _Daniel Jablonski_
   **(Print name)**

✕  _IDOC Number K-74991_
   **(I.D. Number)**
✕  _66665 State Route 146 East._
   _Vienna, IL  62995_


   **(Address)**

(11)

IN THE
United States District Court for the
Central District of Illinois, Peoria Division

Daniel Jablonski
_____
Plaintiff/Petitioner

Vs.
c/o Young, c/o CARNEY
SHIFT COMMANDER JOHN DOE
_____
Defendant/Respondent

)
)
)
)
)
)
)
)

No._____

## PROOF/CERTIFICATE OF SERVICE

TO: US District Clerk
Central District - Peoria Division
305 FEDERAL BLDG, 100 NE MONROE
Peoria, IL 61602

TO: TAZEWELL COUNTY JAIL
P.O. BOX 36
PEKIN, IL 61555
TEN OR C/O JAIL COMMANDER

PLEASE TAKE NOTICE that on AUG. 20 , 20 15, I placed the
attached or enclosed documents in the institutional mail
at SHAWNEE _____Correctional Center, properly addressed to the
parties listed above for mailing through the United States Postal Service

DATED: 8-20-15                      /s/ Daniel Jablonski

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621, or 735 ILCS 5/1-109, I Declare, under
penalty of perjury, that I am named in the above action, that I have read the above
and attached documents, and that the information contained therein is true and
correct to the best of my knowledge.

Daniel J. Jablonski # 99999

6665 State Rt. 146 East

Vienna IL 62995

TO: US District Clerk

Central District - Peoria Division

305 Federal bldg

100 NE Monroe

Peoria IL

61602