# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Daniel Jablonski,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 15-1450 |
| | ) |
| **C/O Young, C/O Carney,** | ) |
| **John Doe, Commander of Tazewell** | ) |
| **County Jail,** | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to Text Order entered by Judge Sue E. Myerscough on August 31, 2016, judgment is entered in favor of the Defendants and against the Plaintiff.   CASE DISMISSED.--------------------------------------------------------------------------------

**Dated: August 31, 2016**

                                        s/ Kenneth A. Wells
                                        Kenneth A. Wells
                                        Clerk, U.S. District Court